# Court of Appeals
# of the State of Georgia

ATLANTA, September 22, 2022

*The Court of Appeals hereby passes the following order:*

**A23E0006. GEORGIA FEDERAL CREDIT, LTD v. CARTER-JONES OF THE SOUTH, INC. et al.**

Upon consideration, applicant's emergency motion for an extension of time in which to file a discretionary application is hereby DENIED. See Court of Appeals Rule 31 (i) ("No extensions of time will be granted to file a discretionary application unless a motion for extension is filed on or before the application due date. . . . ").



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 09/22/2022

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Stephen E. Castlen* , *Clerk.*